Ronald **CLARK**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 44215.

Missouri Court of Appeals,
Western District.

Sept. 3, 1991.

**STATE** of Missouri, Respondent,

v.

Richard **FRAZIER**, Appellant.

Richard **FRAZIER**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 42253.

Missouri Court of Appeals,
Western District.

Sept. 3, 1991.

Gerald M. Handley, Kansas City, for appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and BERREY and HANNA, JJ.

ORDER

PER CURIAM:

Appeal from appellant's plea of guilty to two counts of first degree robbery and one count of kidnapping.

Affirmed.   Rule 84.16.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, and Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and BERREY and HANNA, JJ.

ORDER

PER CURIAM.

Consolidated appeal from convictions of robbery in the first degree, assault in the first degree, and two counts of armed criminal action, and from denial of Rule 29.15 motion for post-conviction relief.